IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-03041-LTB-MJW

GARY G.  WALKER, JR.,

Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Unopposed Motion for Protective Order (docket no. 18) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 18-1) is APPROVED as amended in paragraphs 10, 11 and 15 and made an ORDER OF COURT.

Date:  July 12, 2011