IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-03041-LTB-MJW

GARY G. WALKER, JR.,

Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Stipulated Motion to Amend Scheduling Order (docket no. 20) is GRANTED finding good cause shown.  The Rule 16 Scheduling Order is amended as follows.  The deadline to disclose Plaintiff's expert witnesses is extended to October 14, 2011.  The deadline to disclose Defendant's expert witnesses is extended to November 1, 2011.  The deadline to disclose rebuttal experts is extended to December 6, 2011.  The Settlement Conference set on August 4, 2011, at 10:00 a.m. is VACATED and reset to November 21, 2011, at 10:00 a.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.  The parties shall file their updated confidential settlement statements with Magistrate Judge Watanabe on or before November 15, 2011.

Date:  July 12, 2011