IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-03041-LTB-MJW

GARY G.  WALKER, JR.,

Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order, DN 30, filed with the Court on October 12, 2011, is GRANTED and the Scheduling Order is amended as follows:   Item 9 (a) of the Scheduling Order shall reflect an extension from October 14, 2011 to November 28, 2011 for the purpose of  requesting relief for exemplary damages.   Further, the trial Court shall amend 11(a) of the Scheduling Order to reflect that any award of attorneys fees and costs to Plaintiff under CRS § 10-3-1116 will be submitted to the trial court post-trial, the entitlement to which will be based on the jury's ruling as to whether the Defendant unreasonably delayed or denied benefits to Plaintiff as delineated by CRS §10-3-1116.

Date:  October 13, 2011