# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  10-cv-03041-LTB-MJW | FTR - Courtroom A-502 |
| **Date:**   January 19, 2012 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| GARY G. WALKER, JR., | M. Stuart Anderson |
| Plaintiff(s), | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Jon F. Sands |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   TELEPHONIC  MOTION CONFERENCE
**Court in Session:**   9:00 a.m.
Court calls case.  Appearances of counsel.

The Court raises the Stipulated Motion to Vacate Pretrial Conference and to Amend Scheduling Order for discussion.

**It is ORDERED:**     The STIPULATED MOTION TO VACATE PRETRIAL CONFERENCE AND TO AMEND SCHEDULING ORDER [Docket No. **37**, filed January 13, 2012] is **GRANTED** for reasons as set forth on the record.
The SCHEDULING ORDER [Docket No. 12] is amended accordingly.

Plaintiff shall have up to and including **APRIL 16, 2012** within which to disclose any newly retained insurance industry standards expert.

Defendant shall have up to and including **MAY 16, 2012** within which to disclose any expert opinion is response thereto.

Dispositive motions deadline is extended to **JUNE 01, 2012**

Discovery deadline is extended to  **JUNE 29, 2012** for the limited purpose of completing depositions of insurance industry standards experts.

Plaintiff's damages in the Scheduling Order shall be amended to reflect the damages as set forth in Plaintiff's Ninth Supplemental Disclosures dated October 18, 2011.

**FINAL PRETRIAL CONFERENCE** set for   **JULY  09,  2012 at  9:00  a.m.**
in   Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Watanabe_Chambers@cod.uscourts.gov,  **on or before  JULY  05,  2012.
In the subject line** of the e-mail, counsel shall list the case number, short caption, and  "proposed final pretrial order."  (See www.cod.uscourts.gov for more information.)
Valid photo identification is required to enter the courthouse.  In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

This matter is set for trial to a jury for seven (7) days commencing  September 24, 2012 at 9:00 a.m. in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. A trial preparation conference is set  August 24, 2012 at 9:00 a.m.

Hearing concluded.

**Court in recess:**    9:13 a.m.
Total In-Court Time 00: 13

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.