**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.  10-cv-03041-LTB-MJW

GARY G. WALKER, JR.,

      Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

      Defendant.

**ORDER**

THIS MATTER having come before the Court on the Stipulation for Dismissal of Plaintiff's Fourth Claim for Relief With Prejudice (Doc 46 - filed June 13, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that Plaintiff's Fourth Claim for Relief for Bad Faith Breach of Insurance Contract shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.  Plaintiff's claims for attorneys fees and costs related to all other claims for relief in this action remain to be adjudicated.

                                      BY THE COURT:

                                         s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: June 14, 2012